EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Ricardo L. Pérez Bartolomei | 2021 TSPR 140<br><br>208 DPR \_\_\_\_\_ |
| --- | --- |

Número del Caso:  TS-16,757


Fecha:  8 de octubre de 2021


Abogada de la parte peticionaria:

    Lcda. Daisy Calcaño López


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ricardo L. Pérez Bartolomei          TS-16,757

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de octubre de 2021.

Examinada la *Solicitud de reinstalación al ejercicio de la abogacía* presentada el 4 de octubre de 2021, se reinstala al Sr. Ricardo L. Pérez Bartolomei al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo